STATE of Missouri, Respondent,

v.

William Othel LANE, Appellant.

No. WD 75451.

Missouri Court of Appeals, Western District.

March 18, 2014.

Rosalynn Koch, Columbia, MO, for appellant.

Richard Starnes, Jefferson City, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY R. GABBERT, JJ.

### ORDER

PER CURIAM:

Mr. William Lane appeals the convictions of first-degree child molestation, § 566.067, and incest, § 568.020, after a jury trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).